| | |
|---|---|
| **NEDRAH C. XIMUHAMMAD,**　　　　*Plaintiffs*, v. **PORT AUTHORITY OF NY & NJ POLICE DEPARTMENT, et al.,**　　　　*Defendants.* | **Civil Action No. 17-13594(MCA)** **ORDER** |

**THIS MATTER** comes before the Court by way of the Court's March 6, 2019 Order to Show Cause why Plaintiff's complaint should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41, ECF. No. 30. Plaintiff failed to file a response to the Order to Show Cause by March 29, 2019;

and it appearing that Judge Hammer issued a Report and Recommendation dated April 10, 2019 in which Judge Hammer recommended that this Court dismiss Plaintiff's Complaint with prejudice; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 30th day of April, 2019,

**ORDERED** that Judge Hammer's Report and Recommendation dated April 10, 2019 is **ADOPTED** and case is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　*/s Madeline Cox Arleo*　　　　　
　　　　　　　　　　　　　　　　　　　　　　**Hon. Madeline Cox Arleo**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**